IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES ROSS, in his capacity as an
heir of Nathan Ross, Sr.
                    *Plaintiff,*

    v.

ALLEN R. BROWN,
                    *Defendant.*

CIVIL ACTION
NO. 20-3457

## ORDER

AND NOW, this 19th day of August, 2021, it is **ORDERED** that this action is

**DISMISSED** without prejudice on forum non conveniens grounds.

The Clerk of Court shall mark this case as **CLOSED**.


BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.